

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00479-CV

**EX PARTE R.A.L., JR.**,

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W0563
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                  Patricia O. Alvarez, Justice
                  Beth Watkins, Justice

On March 4, 2020, appellee filed a motion for rehearing. After consideration, the motion is **DENIED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court